**UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 23 2025**

JEFFREY P. COLWELL
CLERK

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

DENVER CO 802
13 DEC 2025 PM 7

quadient
FIRST-CLASS MAIL
IMI
$000.74
12/11/2025 ZIP 80294
043M31245131

25-CV-03178-RTG
#12

UTF

Joshua Ryan Rose
#P01035337
7909 Chase Circle
Unit 146
Arvada, CO 80003

UTF

NIXIE    850   F2 1         0012/19/25
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 80294258039        *1820-01855-13-33